22  355
27  499

OMAHA & REPUBLICAN VALLEY RAILROAD COMPANY, PLAINTIFF IN ERROR, V. ABBIE BROWN, DEFENDANT IN ERROR.

MAXWELL, CH. J.

The questions involved in this case are the same as those in the *Omaha & Republican Valley R. R. Co. v. Standen,* just decided, *ante* p. 343, and the same judgment will be entered.

The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

REESE, J., concurred.

COBB, J., dissented.